**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLTHA GREEN, | Case No. CV-17-3282-R |
| Plaintiff(s), | |
| v. | **ORDER OF DISMISSAL BY LACK OF PROSECUTION AS TO DEFENDANT EDMUND G. BROWN, JR.** |
| STATE OF CALIFORNIA, et al., | |
| Defendant(s). | |

Plaintiff was ordered to show cause in writing by not later than **July 21, 2017** why this action should not be dismissed for lack of prosecution as to Defendant Edmund G. Brown, Jr.

WHEREAS, this period has elapsed without any action by plaintiff.

The Court hereby DISMISSES this instant action for lack of prosecution as to Defendant Edmund G. Brown, Jr.

Dated: August 2, 2017

---
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE